1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6
7    SEKOU KWANE THOMPSON,              Case No. 23-cv-05079-HSG
8                 Plaintiff,
                                        **ORDER SUA SPONTE GRANTING**
9         v.                            **EXTENSION OF TIME TO COMPLY**
                                        **WITH GENERAL ORDER 76**
10   KATHLEEN ALLISON, et al.,
11                Defendants.
12
13        On October 4, 2023, the Court received a *pro se* civil rights complaint and other case-

14   initiating documents from Plaintiff via postal mail.  Dkt. No. 1.  The Court informed Plaintiff that,

15   pursuant to the Northern District of California's General Order No. 76 ("GO 76"), prisoners

16   within the custody of the California Department of Corrections and Rehabilitations ("CDCR") are

17   required to submit to the Court case-initiating documents for civil rights cases via electronic mail.

18   Dkt. No. 1.  The deadline to comply with GO 76 has passed, and Plaintiff has neither

19   communicated with the Court nor complied with GO 76.  In the interests of justice, the Court *sua*

20   *sponte* GRANTS Plaintiff a second extension of time to May 17, 2024, to comply with GO 76's

21   electronic filing obligations.  The Court has sent Plaintiff a courtesy copy of his complaint and *in*

22   *forma pauperis* application under separate cover.

23        **IT IS SO ORDERED.**

24   Dated:  4/17/2024

25                                        *Haywood S. Gilliam, Jr.*
26                                        HAYWOOD S. GILLIAM, JR.
                                          United States District Judge
27
28

United States District Court
Northern District of California