UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEKOU KWANE THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>Defendants. | Case No. 23-cv-05079-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 16 |

Good cause being shown, the Court GRANTS Plaintiff's request for an extension of time to file his second amended complaint. Dkt. No. 16. Plaintiff shall file his second amended complaint by December 6, 2024, in accordance with the instructions in the Court's October 3, 2024 Order. Failure to file a second amended complaint by the deadline will result in dismissal of this action without further notice to Plaintiff. The Clerk shall include two copies of the court's complaint form with a copy of this order to Plaintiff.

This order terminates Dkt. No. 16.

**IT IS SO ORDERED.**

Dated:   11/7/2024

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge