UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEKOU KWANE THOMPSON,

Plaintiff,

v.

KATHLEEN ALLISON, et al.,

Defendants.

Case No. 23-cv-05079-HSG

**JUDGMENT**

Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  1/14/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California